UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                             Case No. 14-24042-AJC
Jorge Alberto Cornejo Martinez            Chapter 13
SSN: XXX-XX-7318
_____Debtor  /

## OBJECTION TO CLAIM ON SHORTENED NOTICE

### IMPORTANT NOTICE TO CREDITOR:   THIS IS AN OBJECTION TO YOUR CLAIM

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

Bank of America, N.A., filed claim number 3-1 secured in the amount of $302-040.14 with an arrearage in the amount of $114,530.77.   The debtor objects to said claim due to the fact that the debtor was approved for a loan modification and has accepted same.  Therefore, the claim of Bank of America, N.A., should be stricken and disallowed.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the following via CM/ECF and regular mail to Nancy Neidich, Trustee, P.O. Box 279806, Miramar, FL   33027 and via regular mail to Bank of America, N.A., BAC Home Loan Servicing, LP., BKC Department, Mail Stop CA6-919-01-23, 400 National Way, Simi Valley, CA   93065; Bank of America, N.A., C/O Annessa S. Kalloo, Esq., Albertelli Law, P.O. Box 23028, Tampa, FL   33623 on this 1st day of December, 2014.

**NAVARRO HERNANDEZ, P.L.**
Attorney for Debtor
P.O. Box 34-7650
Coral Gables, FL 33234
Telephone: 305-447-8707
Facsimile: 305-447-3787

By: /s/ Henry Hernandez_____
       Henry Hernandez, Esq.
       FL Bar No. 542601