

**ORDERED in the Southern District of Florida on January 29, 2015.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE: | CASE NO.:  14-BK-24042-AJC |
| JORGE ALBERTO CORNEJO | CHAPTER: 13 |
| MARTINEZ | |
| *aka* JORGE A CORNEJO MARTINEZ | |
| *aka* JORGE CORNEJO MARTINEZ | |
| *aka* JORGE CORNEJO | |
| *aka* JORGE ALBERTO CORNEJO | |
| *aka* JORGE A CORNEJO | |
| | |
| DEBTOR. | |
| _____/ | |

### AGREED ORDER SUSTAINING IN PART AND OVERRULING IN PART DEBTOR'S OBJECTION CLAIM OF BANK OF AMERICA, N.A. [# 3-1]

THIS CAUSE came before the Court on January 27, 2015 upon the Debtor's *Objection to Claim of Bank of America, N.A. [# 3-1]* **[DE 46].** The Court having reviewed the Objection, the Creditor's Response and the record, and upon agreement of counsel, it is:

ORDERED:

1. The Objection to Claim of Bank of America, N.A. [# 3-1] **[DE 46]** is SUSTAINED in part and OVERRULED in part.

2. Creditor's Claim No. 3-1 is allowed as filed.

3. Creditor will no longer receive distribution through the Chapter 13 Plan as this property is now being treated via a Loan Modification outside of the Estate.

4. By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry.

###

**Submitted By:**
Jeffrey S. Fraser, Esq.
Florida Bar No.: 0085894
**Albertelli Law**
Attorney for Secured Creditor
P.O. Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743 ext. 2499
Facsimile: (813) 221-9171
bkfl@albertellilaw.com

The party submitting the order shall serve a copy of the signed order on all required parties and file with the Court a certificate of service conforming with Local Rule 2002-1(F).

**COPIES FURNISHED TO:**

Jorge Alberto Cornejo Martinez
3143 S.W. 11st Street
Miami, FL 33135

Henry Hernandez
P.O. Box 34-7650
Coral Gables, FL 33234

Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027